**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiff,
CITY OF ROSEVILLE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE, | Case No. 2:12 -CV-01758-MCE-JFM |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| LEXINGTON INSURANCE CO., | Complaint Filed: June 29, 2012 |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff City of Roseville and Defendant Lexington Insurance Co., by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear their own attorneys' fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and a Settlement Agreement and Release executed by the parties.

Date: December 6, 2012      Respectfully submitted,

PORTER SCOTT

By  /s/ Stephen E. Horan
    Stephen E. Horan
    Kevin M. Kreutz
    Attorneys for Plaintiff
    CITY OF ROSEVILLE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

01071488.WPD

| | | |
|---|---|---|
| 1 | Date: December 6, 2012 | MCCURDY & FULLER LLP |
| 2 | | By  /s/ Kevin McCurday (Authorized on 12/5/12) |
| 3 | | Kevin McCurdy<br>Attorneys for Defendant<br>LEXINGTON INSURANCE CO. |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

01071488.WPD